UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No 2741 |
| | Case No.  16-md-02741-VC |
| This document relates to: | |
| *Sonnier v. Monsanto Co.*, Case No. 20-cv-04217-VC | **ORDER ON MOTION FOR SUMMARY JUDGMENT;** |
| *Boone v. Monsanto Co.*, Case No. 20-cv-07884-VC | **FINAL JUDGMENT** |
| *Campbell v. Monsanto Co.*, Case No. 21-cv-02911-VC | Re: Dkt. Nos. 16640, 16655, 16656 |

Monsanto has filed motions for summary judgment in these cases because the plaintiffs have failed to produce an expert for specific causation. The plaintiffs have not submitted a response, and the opposition deadline has passed. Accordingly, the motions are granted.

Judgment is entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: June 16, 2023

VINCE CHHABRIA
United States District Judge